UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JEFFREY P. DALE,

Plaintiff,

v.

SHERYL RAMSTAD-HVASS,
LYNN DINGLE, and
CARLA GIERSDORF,

Defendants.

Civil No. 00-942 (JRT/ESS)

**ORDER**

THIS MATTER is before the undersigned United States Magistrate Judge on Petitioner Jeffrey P. Dale's 's motion to amend the complaint to include an incident which took place on July 3, 2000.[1]

Based upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend the complaint [Docket No. 11] is hereby **granted**. Plaintiff moved to amend the pleading in the time allowed by the Court's Scheduling Order [Docket No. 10]. Further, allowing amendment of the complaint in this case is consistent with Rule 15 of the Federal Rules of Civil Procedure.

Dated November 13, 2000

E. S. SWEARINGEN
United States Magistrate Judge

[1] Plaintiff wishes to amend the complaint to further allege:

On July 3, 2000, a letter was received from staff, opened. The letter was from Barna, Guzy, and Steffen Ltd., Attorneys at Law. The letter was clearly marked "Legal Mail." Attached to the letter was a mail room notice stating, "Although the correspondence was opened in error, it was not read."

NOV 13 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK