UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey P. Dale, # 149153,

Plaintiff,

vs.

Sheryl Ramstad Hvass, Lynn Dingle, and Carla Giersdorf,

Defendants.

Civil File No. 00-942 (JRT/ESS)

**ORDER**

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED that Defendants' Motion for Protective Order Sealing the Court Record is granted.

Dated: Jan. 23, 2001.

E. S. Swearingen

E. S. SWEARINGEN
United States Magistrate Judge

JAN 23 2001