# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jeffrey P. Dale

Plaintiff

v.

Sheryl Ramstad Hvass,
Lynn Dingle and
Carla Giersdorf

Defendants

Case No. Civil 00-942 JRT/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is granted. Plaintiff's complaint is dismissed with prejudice.

DATE: September 5, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk